UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
YASMITH JIMINEZ,

          Plaintiff,

      -against-

BARCLAYS BANK DELAWARE, et al.,

          Defendants.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 1 3 2018 ★
BROOKLYN OFFICE

17 CV 7494 (SJ) (SMG)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

A P P E A R A N C E S

EDWARD B. GELLER, PC
15 Landing Way
Bronx, NY 10464
By:   Edward B. Geller
*Attorneys for Plaintiff*

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
By:   Nana Boyer
*Attorneys for Barclays Bank Delaware*

**JOHNSON, Senior District Judge:**

    Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Steven M. Gold. Judge Gold issued the Report on August 1, 2018, and provided the parties with the requisite amount of time to file any objections. Neither party filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

1

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Gold's recommendations were due on August 15, 2018. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Gold's Report in its entirety. The Clerk of the Court is directed to dismiss defendant Barclays Bank of Delaware only, and Plaintiff is granted leave to amend the complaint pursuant only to § 1681s-2(b) of the FCRA.

SO ORDERED.

Dated: September 10, 2018  
       Brooklyn, NY

/s/  
Sterling Johnson, Jr., U.S.D.J.